# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 16-5340** **September Term, 2016**

**1:16-cv-01729-RC**

**Filed On:** November 22, 2016

Steven S. Michel,

Appellant

v.

Addison Mitchell McConnell, Jr., United States Senator, et al.,

Appellees

**BEFORE:** Tatel, Kavanaugh, and Millett, Circuit Judges

**O R D E R**

Upon consideration of the emergency motion for an injunction, it is

**ORDERED** that appellees file a response to the motion no later than noon on November 29, 2016. Any reply must be filed by noon on November 30, 2016. The parties are directed to hand-deliver the paper copies of their submissions to the court by the time and date due.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk